NUMBER 13-05-072-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE MICHAEL J. ALLEIN AND DAWN M. ALLEIN

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Michael J. Allein and Dawn M. Allein, filed a petition for writ of
mandamus in the above cause on February 4, 2005. The Court, having examined and
fully considered the petition for writ of mandamus, is of the opinion that relators have
not shown themselves entitled to the relief sought. Accordingly, the petition for writ
of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 

                                                                                          PER CURIAM


Memorandum Opinion delivered and filed
this 11th day of February, 2005.